SYSTEMS INTEGRATED, INC., Appellant,

v.

Donald C. WINTER, Secretary of the Navy, Appellee.

No. 2007–1540.

United States Court of Appeals, Federal Circuit.

May 7, 2008.

Brian J. Donovan, Jones & Donovan, of Newport Beach, CA, argued for appellant.

Sean B. McNamara, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Jeffrey S. Bucholtz, Assistant Attorney General; Jeanne E. Davidson, Director; and Donald E. Kinner, Assistant Director.

Before RADER, DYK and MOORE, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.